IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVATEC INC., ) | |
| ) | Civil Action No.: |
| Plaintiff, ) | |
| ) | |
| v. ) | Judge: |
| ) | |
| BOSTON SCIENTIFIC CORPORATION and ) | |
| BOSTON SCIENTIFIC SCIMED, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF CLAIMS INVOLVING U.S. TRADEMARKS**

Pursuant to Northern District of Illinois Local Rule 3.4, Plaintiff, ConvaTec Inc., hereby provides notice of claims involving U.S. Trademarks. Pursuant to 15 U.S.C. § 1116(c), the Clerk of the Court is required to provide the following information to the Director of Trademarks:

This action involves the following parties:

    Plaintiff:    ConvaTec Inc.
                    200 Headquarters Park Drive
                    Skillman, NJ 08558

    Defendants:    Boston Scientific Corporation
                    One Boston Scientific Place
                    Natick, Massachusetts 01760

                    Boston Scientific Scimed, Inc.
                    One Scimed Place
                    Maple Grove, Minnesota 55311

This action involves the following trademarks, registered in the U.S. Patent and Trademark Office:

- Registration No. 2,632,060
- Registration No. 3,513,294

- Registration No. 3,506,409

                          Respectfully submitted,

                          **CONVATEC INC.**

Dated: April 27, 2010              */s/* Thomas L. Holt
                                        Thomas L. Holt (Illinois Bar No. 6243134)
                                        Michelle A. Miller (Illinois Bar No. 6290243)
                                        Brinks Hofer Gilson & Lione
                                        1850 K Street, NW, Suite 675
                                        Washington, DC 20006
                                        (202) 296-8700

                                        Joshua S. Frick (Illinois Bar No. 6292843)
                                        Brinks Hofer Gilson & Lione
                                        455 N. Cityfront Plaza Drive, Suite 3600
                                        Chicago, IL 60611
                                        (312) 321-4200

                                        Attorneys for ConvaTec Inc.